UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:14-00090 |
| | ) | JUDGE CAMPBELL |
| WILLIAM EARL FOSTER, JR. | ) | |

ORDER

Pending before the Court is the Defendant's Motion To Suppress Vehicle Stop (Docket No. 461). The Court held a hearing on the Motion on January 28, 2015. For the reasons stated on the record, the Motion is DENIED.

It is so ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE