UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:14-00090 |
| | ) | JUDGE CAMPBELL |
| WILLIAM FOSTER | ) | |

## ORDER

Pending before the Court is the Defendant's Motion In Limine (Docket No. 630), seeking to prohibit the Government from introducing as evidence at trial a "U-Pass Synthetic Urine Kit" seized from the Defendant's automobile on May 17, 2014. The Government has filed a Response (Docket No. 651), indicating that it does not intend to introduce the item in its case in chief. Accordingly, the Motion is DENIED, as moot.

It is so ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE